**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

COMMUNICATION INTERFACE
TECHNOLOGIES, LLC,

Plaintiff

v.

CINEMARK HOLDINGS, INC.
CINEMARK USA, INC.

Defendants.

**Civil Action No. 4:20-cv-00306-SDJ**

**JURY TRIAL DEMANDED**

**UNOPPOSED MOTION TO STAY ALL DEADLINES AND
NOTICE OF SETTLEMENT**

COMES NOW Plaintiff Communication Interface Technologies, LLC, and Defendants Cinemark Holdings, Inc. and Cinemark USA, Inc., (collectively "The Parties"), to file this Unopposed Motion to Stay All Deadlines and Notice of Settlement.

The Parties hereby notify the Court that all matters in controversy between the parties in the above-captioned matter have been settled in principle, subject to the completion and execution of a final written settlement agreement. The Parties therefore request that the Court stay this case for thirty (30) days so that appropriate dismissal papers may be submitted in this action.

The Parties respectfully request that the Court grant this motion to stay all deadlines and notice of settlement. A proposed order is attached herewith.

DATE: July 2, 2020                              Respectfully submitted,

                                                DEVLIN LAW FIRM LLC

                                                */s/ Timothy Devlin*
                                                Timothy Devlin
                                                tdevlin@devlinlawfirm.com
                                                1526 Gilpin Avenue
                                                Wilmington, Delaware 19806

                                                Telephone: (302) 449-9010
                                                Facsimile: (302) 353-4251

                                                Attorneys for Plaintiff
                                                *COMMUNICATION INTERFACE*
                                                *TECHNOLOGIES, LLC*

## **CERTIFICATE OF CONFERENCE**

The undersigned certifies that on July 2, 2020 counsel for Plaintiff Communication Interface Technologies, LLC has conferred with Defendants Cinemark Holdings Inc. and Cinemark USA, Inc., via email, and Defendants do not oppose the foregoing Motion to Stay All Deadlines and Notice of Settlement.

*/s/ Timothy Devlin*
Timothy Devlin


## **CERTIFICATE OF SERVICE**

The undersigned certifies that on July 2, 2020 a true and correct copy of the foregoing document was served on all attorneys of record who have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Timothy Devlin*
Timothy Devlin